# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN BROCK,                          :
    Plaintiff,                    :
                                   :
    v.                            :        **CIVIL ACTION NO. 18-CV-3814**
                                   :
**CORRECTIONS EMERGENCY**             :
**RESPONSE TEAM (CERT)**, *et al.*,   :
    Defendants.                   :

## <u>ORDER</u>

AND NOW, this 29th day of October, 2018, upon consideration of Plaintiff Kevin Brock's Motion for Leave to Proceed *In Forma Pauperis*, (ECF No. 4), his Prisoner Trust Fund Account Statement (ECF No. 5), and his *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED**.

2.    Brock, #MA-2187, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Brock, an initial partial filing fee of $2.33 is assessed. The Superintendent or other appropriate official at SCI Phoenix or at any other prison at which Brock may be incarcerated is directed to deduct $2.33 from Brock's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-3814. In each succeeding month when the amount in Brock's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Brock's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-3814.

3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Phoenix.

4.      The Complaint is **DEEMED** filed.

5.      The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reason stated in the Court's Memorandum.

6.      Brock is given leave to file an amended complaint within thirty (30) days of the date of this Order.  If Brock files an amended complaint, he must identify all of the defendants in the caption of the amended complaint.  The amended complaint must also provide as much identifying information for the defendants as possible.  Brock may refer to a defendant by last name only if that is the only identifying information possessed.  If Brock wishes to name individuals for whom he does not have any identifying information, he may refer to those individuals as John Doe #1, John Doe #2, etc.  The amended complaint must also describe how each defendant was responsible for violating Brock's rights, and should not rely on or refer back to the initial Complaint to state a claim.  If Brock cannot state a claim in light of the law set forth in the Court's Memorandum, he should not include that claim in his amended complaint.  Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

7.      The Clerk of Court is **DIRECTED** to send Brock a blank form complaint to be used by a prisoner filing a civil rights action.  The Clerk of Court shall write the civil action number of this case on the form.  Brock may use this form to file an amended complaint if he chooses to do so.

8. If Brock fails to file an amended complaint, his case may be dismissed without prejudice for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**_____**

**MITCHELL S. GOLDBERG, J.**