# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN BROCK, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| CORRECTIONS EMERGENCY | : | NO. 18-CV-3814 |
| RESPONSE TEAM (CERT), *et al.*, | : | |
|    Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of February, 2020, upon consideration of the Motion to Dismiss by Defendants Tammy Ferguson and John Wetzel (Doc. No. 18), it is hereby **ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED**. The Clerk of Court shall mark this case **CLOSED**.

                                              **BY THE COURT:**

                                              */s/ Mitchell S. Goldberg*
                                              **MITCHELL S. GOLDBERG, J.**